
RECEIVED
IN MONROE, LA
DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RAWLEIGH MILLER | CIVIL ACTION NUMBER 05-0393 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections, and concurring with the Magistrate Judge's findings and recommendations under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims remaining in Petitioner's petition for writ of habeas corpus are DENIED, and his case is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 7 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE